NO. 07-07-0192-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 8, 2007
_____

BRENT HRNCIRIK AND BOBBYE ANDERSON
A/K/A BOBBYE HRNCIRIK, APPELLANTS

V.

ROSS GOODWIN, APPELLEE
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2005-597,808; HONORABLE PAULA DAVIS LANEHART, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellants Brent Hrncirik and Bobbye Anderson a/k/a Bobbye Hrncirik filed their notice of appeal on May 7, 2007.

By letter dated May 8, 2007, appellants were advised by the clerk of this court that the filing fee had not been received. Appellants were directed to pay the filing fee on or before May 18, 2007 and were advised that failure to pay the filing fee could result in the dismissal of the appeal. *See* Tex. R. App. P. 42.3. That date has passed and no filing fee has been received.

Appellants are not excused by statute or the Rules of Appellate Procedure from paying costs. Tex. R. App. P. 5. Appellants have failed to pay the filing fee as directed by the court. All parties have had more than ten days' notice that dismissal could result from appellants' failure to comply with the rules and this court's directive. Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed.


Per Curiam